PRESENTMENT OF ESSEX COUNTY GRAND JURY, HUGH J. ADDONIZIO, IN RE.

July 1, 1970. Petition for certification denied. (See 110 *N. J. Super*. 24).

STATE OF NEW JERSEY v. NATHANIEL CULVER.

July 1, 1970. Petition for certification denied. (See 109 *N. J. Super*. 108.)

STATE OF NEW JERSEY v. CARL SMITH.

July 1, 1970. Petition for certification denied. (See 109 *N. J. Super*. 9.)

STATE OF NEW JERSEY v. NORMAN LUCAS.

July 1, 1970. Petition for certification denied.

CHARLIE'S CAPRI, INC. t/a CAPRI v. BOROUGH COUNCIL OF THE BOROUGH OF EAST NEWARK.

July 1, 1970. Petition for certification denied.

MRS. CHINAC GREEN v. ESSEX COUNTY WELFARE BOARD.

July 1, 1970. Petition for certification denied.